FILED: SEPTEMBER 2, 2008
08CV4971
EDA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

JUDGE ZAGEL
MAGISTRATE JUDGE NOLAN

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| YOLANDA RICHARDSON, Plaintiff, v. TCF NATIONAL BANK, OTISA DAVIS, P.O. D. HUBBARD, STAR #11291, P.O. R. WALKER, STAR #17330, P.O. B. ROBERTS, STAR #4566, P.O. Y. BANKS, STAR #3619, P.O. A. KOGUT, STAR #4740, P.O. M. CLIFTON, STAR #9584, individually, and CITY OF CHICAGO Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

YOLANDA RICHARDSON

| | |
|---|---|
| NAME (Type or print) Kathleen C. Ropka | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Kathleen C. Ropka | |
| FIRM GREGORY E. KULIS & ASSOCIATES, LTD. | |
| STREET ADDRESS 30 N. LaSalle Street, Suite 2140 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6217112 | TELEPHONE NUMBER 312-580-1830 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |